UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL SUCKOW, <br>       Plaintiff, <br> vs. <br> WIRTZ BEVERAGE OF NEVADA BEER, INC., <br>       Defendant. | Case No. 2:14-cv-00334-GMN-NJK <br><br> ORDER |

      This matter is before the Court on the parties' Proposed Discovery Plan and Scheduling Order. Docket No. 9. The proposed discovery plan misstates Local Rule 26-4, in that it provides that requests to extend deadlines in the scheduling order need only be filed 20 days before the discovery cut-off. *See id.* at 3. Local Rule 26-4 requires that any request to extend deadlines set forth in the scheduling order must be submitted at least <u>21 days before the subject deadline</u>. For example, any request to extend the deadline for initial expert disclosures must be filed at least 21 days before the expiration of <u>that deadline</u>. Such a request filed only 21 days before the discovery cut-off would be untimely.

//

1  In an effort to ensure future compliance and complete understanding of the Local Rules, the Court hereby ORDERS each attorney of record in this matter[1] to file a certification with the Court no later than April 14, 2014, indicating that they have read and comprehend Local Rules 26-4 and 26-1.

IT IS SO ORDERED.

DATED: April 7, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] This includes: Christopher Marchand, Bruce C. Young, and Marcus B. Smith.

2