1 BRUCE C. YOUNG, ESQ., Bar #5560
MARCUS B. SMITH, ESQ., Bar #12098
2 LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
3 Las Vegas, NV 89169-5937
Telephone: 702.862.8800
4 Fax No.: 702.862.8811
Email: byoung@littler.com
5 mbsmith@littler.com

6 Attorneys for Defendant
Wirtz Beverage Nevada Beer, Inc.
7

8 UNITED STATES DISTRICT COURT

9 DISTRICT OF NEVADA

10

11 MICHAEL SUCKOW,  Case No. 2:14-cv-00334-GMN-NJK

12   Plaintiff,

13 vs.  **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**

14 WIRTZ BEVERAGE OF NEVADA BEER, INC.,

15

16   Defendant.

17    Plaintiff Michael Suckow, by and through his counsel of record, Daniel Marks of the Law
18 Office of Daniel Marks, and Defendant Wirtz Beverage Nevada Beer, Inc., by and through its
19 counsel of record, Bruce C. Young Esq. of Littler Mendelson, P.C., hereby stipulate and agree
20 pursuant to Rule 41(a) of the Federal Rules of Civil Procedure to dismiss, with prejudice, all causes
21 of action asserted in this lawsuit. Accordingly, the parties stipulate to and respectfully request an
22 order dismissing the action in its entirety, with prejudice, as to all parties named herein.
23 . . .
24 . . .
25 . . .
26
27
28

LITTLER MENDELSON, P C
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas NV 89169 5937
702 862 8800

The parties agree and acknowledge that each party shall bear its own costs and attorneys' fees for the claims dismissed by this stipulation and order.

Dated: July 24, 2014                                Dated: July 25, 2014
Respectfully submitted,                             Respectfully submitted,

_____                     _____
DANIEL MARKS, ESQ.                                  BRUCE C. YOUNG, ESQ.
LAW OFFICE OF DANIEL MARKS                          MARCUS B. SMITH, ESQ.
                                                    LITTLER MENDELSON, P.C.

Attorney for Plaintiff                              Attorneys for Defendant
Michael Suckow                                      Wirtz Beverage Nevada Beer, Inc.

## ORDER

**IT IS SO ORDERED** this 25th day of July, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800